**STATE of Missouri, Plaintiff-Respondent,**

v.

**Robert MAUPINS, Defendant-Appellant.**

**No. WD32700.**

Missouri Court of Appeals, Western District.

Feb. 2, 1982.

K. Stanley Clay, Asst. Public Defender, Columbia, Joyce Capshaw, Certified Law Intern (Rule 13), for defendant-appellant.

John Ashcroft, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before SHANGLER, P. J., and PRITCHARD and DIXON, JJ.

### ORDER

PER CURIAM:

Direct appeal from conviction of burglary in the first degree and six-year sentence.

Judgment and conviction affirmed. Rule 84.16(b).